IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CEDRIC MARK ALEXANDER a/k/a SIDRIC MARK ALEXANDER (TDCJ No. 1177349), on behalf of self and all others similarly situated, | § § § § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:16-cv-903-K |
| BACARDI AND COMPANY, ET AL., | § § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed by Plaintiff. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objections were made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Plaintiff's Objections filed on October 27, 2016 are **OVERRULED**.

SO ORDERED

Signed October 28th, 2016.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE